**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-2386**

D. MIRANDA BURROUGHS,

Plaintiff - Appellant,

v.

HAMPTON ROADS TRANSIT,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Raymond A. Jackson, Senior District Judge.  (4:25-cv-00009-RAJ-LRL)

Submitted:  June 18, 2026                    Decided:  June 23, 2026

Before GREGORY and RUSHING, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Darlene Miranda Burroughs, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

D. Miranda Burroughs appeals the district court's order granting her application to proceed in forma pauperis, but dismissing Burroughs' action for lack of subject matter jurisdiction. A review of Burroughs' complaint confirms that she raised no federal question, and that both she and Defendant are Virginia citizens. We thus conclude that the district court correctly dismissed Burroughs' action. *See* 28 U.S.C. §§ 1331-1332 (setting forth requirements for federal question and diversity jurisdiction of federal district courts, which includes "civil actions arising under the Constitution, laws, or treaties of the United States," and "actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . citizens of different States").

Accordingly, we affirm the district court order. *Burroughs v. Hampton Roads Transit*, No. 4:25-cv-00009-RAJ-LRL (E.D. Va. Oct. 16, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*